UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA CALDERON,
      Plaintiff,

v.

ARAMSCO, INC.,
      Defendant.
------------------------------------------------------------x

**MEMORANDUM DECISION**

10 CV 7695 (VB)

      Plaintiff shall contact this Court, either pro se or through counsel, by no later than January 13, 2012, to notify it of plaintiff's intent to prosecute the instant action. Failure to do so shall result in dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(b).

Dated: December 9, 2011
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

Copies Mailed/Faxed
Chambers of Vincent L. Briccetti 12/9/11

1